**Order entered September 24, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00379-CV

**DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellant**

**V.**

**SHERI KOWALSKI, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-19-03723-E**

### ORDER

Before the Court is appellee's unopposed motion to extend time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 4, 2021.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE